**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**WILLIAM A. BLAND,**

       **Plaintiff,**

**v.**                       **Case No. 5:15cv91-MW/EMT**

**MS. NOBLES, WARDEN, et al.,**

       **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 13   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  This action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).   The Clerk shall close the file.

**SO ORDERED on October 21, 2015.**

**s/Mark E. Walker**
**United States District Judge**